UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEVOTED HOME HEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN SEBELIUS, in her capacity as Secretary, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | NO. LA CV10-05610-JAK (JCx) <br><br><br> **JUDGMENT** <br><br> **JS-6** |

The Court has considered the pleadings, evidence presented, and memoranda submitted by the parties. Based on the Court's "Order Re Administrative Record" (Dkt. # 116) filed on May 21, 2014, the Court, hereby ORDERS, ADJUDGES AND DECREES that Judgment is granted in favor of Defendant.

DATE: June 4, 2014

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

1